448 A.2d 1190

Commonwealth v. Steiner, Jr., Appellant.

Petition for Allowance of Appeal Denied Nov. 5, 1982.

Argued December 15, 1981.  Lawrence J. Hracho, for appellant;  J. Michael Eakin, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.